# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>      Plaintiff(s),<br><br>v.<br><br>METRO FUSION, INC., et al.<br><br>      Defendant(s). | CASE NO.<br>2:19−cv−03144−DSF−JEM<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before January 27, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: December 27, 2019          /s/ *Dale S. Fischer*
                                                   Dale S. Fischer
                                                   United States District Judge