# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>    Plaintiff,<br><br>        v.<br><br>METRO FUSION, INC., et al.,<br>    Defendants. | CV 19-3144 DSF (JEMx)<br><br>Judgment |

    The Court having granted Plaintiff Brian Whitaker's Application for Default Judgment against Defendant Metro Fusion, Inc.,

    IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages and $430 in costs, for a total amount of $4,430.

    Additionally, Defendant is ordered to provide an accessible sales counter and accessible paths of travel at the Metro Fusion store located at 6000 Sepulveda Blvd., Culver City, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: April 9, 2020

                                            Dale S. Fischer
                                            United States District Judge